**E-FILED**
Wednesday, 19 October, 2005 01:39:57 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF ILLINOIS

### AT PEORIA

**FILED**

OCT 1 9 2005

JOHN M. WATE, iS, Clerk
U.S. DISTRICT COURT
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 05-10073 |
| | ) |
| ANTHONY L. McENROE, | ) VIO: Title 18, United States Code, |
| | ) Sections 1341, 1343, 1957 and 2 |
| | ) |
| Defendant. | ) |

## I N D I C T M E N T

THE GRAND JURY CHARGES:

### COUNTS 1 - 2
### (Wire Fraud)

### INTRODUCTION

1. Beginning in approximately January 2000 and continuing to 2001, in the Central District of Illinois and elsewhere, ANTHONY L. McENROE, defendant herein, offered and sold coins on eBay and the Internet.

2. After being indefinitely suspended from selling on eBay on January 28, 2001, for "chronic non-performance," that is, the failure to timely deliver the

1



coins for which he had been paid, McENROE continued selling coins on eBay by engaging in a pattern of deception to hide his identity from eBay and eBay users.

3. Using a new business name and user ID, McENROE continued to sell coins on eBay and receive payments for coins which he did not deliver. He then transferred the funds to other accounts under his control.

4. As a result of the false and fraudulent representations, McENROE defrauded eBay and customers of about $1 million.

## eBay and the Internet

5. eBay, Inc. Is a publicly-traded corporation which conducts its business on the Internet website address "www.eBay.com." eBay provides Internet users with a means of conducting person-to-person online trading through the use of eBay's Internet website to authorized and registered eBay users. Through the eBay website, individual computer users throughout the world can buy, sell, and trade merchandise.

6. Those buying, selling, and trading merchandise through eBay are identified by a user identification, commonly referred to as "user ID", which is registered with eBay.

7. Among the methods of purchasing merchandise on eBay is through an auction whereby would-be purchasers bid on the merchandise for a set period of

2

time. The winning bidder at the end of the auction then is allowed to purchase the merchandise at the winning bid amount.

8. eBay users receive feedback ratings from those with whom they have conducted a transaction. Feedback ratings are posted as information to facilitate trading, including the use by would-be bidders to assess the reliability of a seller.

9. Electronic mail, commonly referred to as e-mail, is a system which automatically sends messages through the Internet from one computer user to another.

## State Quarters

10. Starting in January 1999, the United States Mint began issuing quarters representing each of the 50 states. The quarters, to be released in the sequence by which the state joined the Union, had a pre-determined issue date.

## The Defendant

11. ANTHONY L. McENROE served as president of McEnroe Consolidated Industries, Inc. (MCI), which was incorporated on June 22, 2000 in the State of Illinois. MCI's address was 20 Brickyard Drive, Apt. B22, Bloomington, Illinois 61701.

12. On July 13, 2000, Dallas Connection, Inc. (DC) was incorporated in the State of Illinois. McENROE served as president of DC, which used the same

3

address as MCI.

13. Bullion One, Inc. (Bullion One) was incorporated on February 8, 2001 in the State of Illinois. McENROE served as registered agent. Bullion One's address was 2406 W. Market St., P.O. Box 376, Bloomington, Illinois 61702.

14. Mexicana Imports, Inc. (Mexicana Imports) was incorporated on May 30, 2001 in the State of Illinois. McENROE served as registered agent. Mexicana Imports used the same Market Street address as Bullion One.

15. McENROE used "Nicmac042200" (hereafter, "Nicmac") and later "Bullion One" as his user IDs on eBay and the Internet.

## SCHEME TO DEFRAUD

16. Beginning in or about June 2000 and continuing to late 2001, at Bloomington, in the Central District of Illinois and elsewhere,

## ANTHONY L. McENROE,

defendant herein, knowingly devised and participated in a scheme and artifice to defraud eBay and eBay purchasers and bidders and to obtain money and property therefrom, by means of materially false and fraudulent pretenses, representations, and promises, knowing that such pretenses, representations, and promises were false and fraudulent when made, which scheme is described in substance in the following paragraphs.

4

17. McENROE posted and advertised state quarters for sale on eBay's website. McENROE pre-sold the quarters. More specifically, he advertised and sold the quarters prior to the actual issue date by the United States Mint. After issuance, the quarters would be delivered to the auction winners, with the latest issue and delivery to be Hawaii in 2008. McENROE also offered gold and silver coins for presale, as well as sale.

18. At his auction site, McENROE told bidders that

> [t]his is a presell Dutch auction...We usually have all
> presell orders filled within three weeks of the release
> date...and have never missed a presell deadline...
> I personally guarantee that we will have these rolls
> in and shipped out to the high bidders...or we will
> refund your full payment amount plus a 10%
> premium.

Would-be buyers were told that the state quarters would come directly from the Federal Reserve and would not be checked for errors or touched by human hands.

19. Contrary to his representations, McENROE did not fill the orders and did not refund auction payments to customers. He did, however, continue to auction coins and accept customers' money.

20. On July 13, 2000, less than a month after incorporating MCI, McENROE incorporated Dallas Connection, Inc. to acquire and sell items

5

imported from Mexico. Instead of using the auction funds for the acquisition of the state quarters when issued, McENROE diverted approximately $250,000 to Dallas Connection to purchase Mexican chimineas, i.e., outdoor clay fireplaces.

21. Despite his failure to honor commitments to earlier buyers and having spent the money received from previous sales, McENROE continued to offer state quarters for pre-sale on eBay.

22. Although the number of unfilled orders continued to increase, MCI entered into a contract in approximately November 2000 to purchase an "online management system" called "Auctions Manager" from an individual (herein referred to as "WS") in Florida for $125,000, with a $35,000 deposit.

23. As part of the purchase, McENROE also acquired the eBay user ID known as bullionone@auctionsmanager.com (hereafter, "Bullion One") and WS's positive feedback rating of approximately 98 per cent.

24. On January 28, 2001, eBay notified McENROE, MCI, and "Nicmac" of an indefinite suspension for "chronic nonperformance" resulting from the failure to timely deliver coins to auction winners. By the terms of the suspension, McENROE was prohibited from using eBay in any manner. In executing his scheme to defraud, McENROE and his companies defrauded eBay of more than $20,000 in user fees and services.

6

25. Following the eBay suspension, on February 3, 2001, McENROE changed the user ID address for "Bullion One" from WS's address in Ocala, Florida to Post Office Box 198, Peoria, Illinois 61650. At McENROE's request, the Post Office Box was rented by a friend identified herein as "TS" on January 31, 2001.

26. To further hide his involvement in Bullion One, McENROE persuaded TS to allow McENROE to use TS's credit card and TS's name as the "contact person" on the new "Bullion One" eBay site. The result of McENROE's subterfuge was to hide his involvement and give the false appearance that TS operated "Bullion One."

27. At the time of the eBay suspension, McENROE still owed WS the $55,000 balance for "Auctions Manager." Because McENROE stood to forfeit his deposit if the balance was not paid by February 2001, McENROE wire transferred the $55,000 to WS on January 31.

28. On February 8, 2001, McENROE incorporated Bullion One, Inc. For an address, McENROE used 2406 W. Market Street, Bloomington, Illinois 61702, which was the address of his MCI and Dallas Connection warehouse.

29. Using "Bullion One," McENROE offered various types of coins for sale on eBay. McENROE used "Auctions Manager" to manage the massive

7



quantities of eBay internet sales he was conducting. "Auctions Manager" provided automatic instant e-mail communication with winning bidders for the coins McENROE offered for sale. E-mails were automatically generated (1) to notify auction winners, (2) when McENROE received their money, (3) when their checks cleared, and (4) when their shipments were mailed.

30. Auction winners were notified to contact Bullion One through bullionone.com and bullionone@auctionsmanager.com. Upon contacting those websites, auction winners were provided a customer identification number to be used as they sent payments and otherwise communicated with Bullion One.

31. Auction winners were notified to send payment by check, and not by credit card. Winners were assured that their coins would be delivered by mail ten to fourteen days after their funds cleared the bank.

32. As with the earlier eBay sales through "Nicmac", McENROE received payment from auction winners but did not deliver the coins. Once again, McENROE diverted customers' funds to himself and other businesses he was operating. Despite his failure to fulfill customers' orders, McENROE continued to offer coins for sale on eBay.

33. On April 14, 2001, upon learning the person using "Bullion One" was, in truth and fact, ANTHONY L. McENROE, and that auction winners were not

8

receiving their coins, eBay suspended "Bullion One" from conducting further business. In executing his scheme, McENROE and Bullion One defrauded eBay of more than $52,000 in user fees and services.

34. On May 23, 2001, during the execution of a federal search warrant at McENROE's Bloomington warehouse, federal agents found approximately $250,000 in gold and silver coins and approximately $100,000 in state quarters. McENROE assured federal agents that the quarters, some of which were packaged for shipment, would be delivered to customers.

35. In truth and fact, instead of shipping the quarters to customers, McENROE and others took the quarters as far away as St. Louis, Missouri and exchanged them for larger denominations of currency. McENROE then diverted the funds to his own personal use and to fund yet another business, Mexicana Imports, a store which sold Mexican pottery.

36. As a result of the scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, ANTHONY L. McENROE defrauded and attempted to defraud eBay, and eBay purchasers and bidders of almost $1 million.

### Wire Communications

37. On or about the dates set forth below, in the Central District of Illinois and elsewhere,



## ANTHONY L. McENROE,

defendant herein, for the purpose of executing and attempting to execute, the
scheme and artifice to defraud, and to obtain money by means of materially false
and fraudulent pretenses, representations, and promises, did transmit and cause
to be transmitted by means of wire communications in interstate and foreign
commerce, certain writings, signs, signals, sounds, and images, as described
below:

| Count | Date | Item |
|-------|------|------|
| 1 | 04/09/01 | E-mail from "Mike Nielson" at Bullion One to G.F.S. |
| 2 | 04/12/01 | E-mail from "Thomas Smith" at Bullion One to eBay |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNTS 3-8
### (Mail Fraud)

### INTRODUCTION

1. The Grand Jury re-alleges paragraphs 1 through 36 of Counts 1 and 2
above as if fully set forth herein.

### Mailings

2. On or about the dates set forth below, in the Central District of Illinois
and elsewhere,

10



## ANTHONY L. McENROE,

defendant herein, for the purpose of executing and attempting to execute, the

scheme and artifice to defraud, and to obtain money by means of materially false

and fraudulent pretenses, representations, and promises, did knowingly take

and receive and cause to be taken and received the below-listed mail matter

delivered  by the United States Postal Service, according to the directions

thereon, to Bullion One at P.O. Box 198, Peoria, IL 61650:

| Count | Date | Item Mailed |
|-------|------|-------------|
| 3 | 3/21/01 | Money orders for $300 and $218 from T.L.B. |
| 4 | 3/26/01 | Personal check for $2,789.35 from S.M. |
| 5 | 4/9/01 | 3-$700 money orders and 1-$561.25 money order from M.P. |
| 6 | 4/9/01 | Cashier's check for $2,040.16 from J.C. |
| 7 | 4/9/01 | Cashier's check for $3,144.00 from M.P. |
| 8 | 4/10/01 | Cashier's checks for $1,560.78 and $2,044.80 from D.H. |

All in violation of Title 18, United States Code, Sections 1341 and 2.

## COUNT 9
### (Unlawful Monetary Transaction)

On or about April 25, 2001 in the Central District of Illinois, and elsewhere,

### ANTHONY L. McENROE,

defendant herein, did knowingly engage and attempt to engage in a monetary

transaction by, through, and to a financial institution affecting interstate

commerce, in criminally derived property that was of a value greater than

$10,000.00, that is, the transfer of United States currency, funds, and monetary

instruments in the amount of $32,455.31 from the McEnroe Consolidated

Industries, Inc., account at Bank of Illinois in Bloomington, Illinois to the McEnroe

Consolidated Industries, Inc. account at Heartland Bank and Trust Company in

Bloomington, Illinois, such property having been derived from a specified

unlawful activity, that is, wire fraud, in violation of Title 18, United States Code,

Section 1343 and mail fraud, in violation of Title 18, United States Code, Section

1341.

In violation of Title 18, United States Code, Sections 1957 and 2.

## COUNT 10
### (Unlawful Monetary Transaction)

1. On or about May 03, 2001 in the Central District of Illinois, and

elsewhere,

### ANTHONY L. McENROE,

12

defendant herein, did knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution affecting interstate commerce, in criminally derived property that was of a value greater than $10,000.00, that is, the transfer of United States currency, funds, and monetary instruments in the amount of $50,000 from the Bullion One, Inc. account at Bank One in Peoria, Illinois to the McEnroe Consolidated Industries, Inc., account at Heartland Bank and Trust Company in Bloomington, Illinois, such property having been derived from a specified unlawful activity, that is, wire fraud, in violation of Title 18, United States Code, Section 1343 and mail fraud, in violation of Title 18, United States Code, Section 1341.

In violation of Title 18, United States Code, Sections 1957 and 2.

A True Bill.

s/FOREPERSON

FOREPERSON

s/Jan Paul Miller

JAN PAUL MILLER
UNITED STATES ATTORNEY

DJK/dlh

13