AO 83 (REV. 12/85) SUMMONS IN A CRIMINAL CASE

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

E-FILED
Friday, 21 October, 2005 02:27:52 PM
Clerk, U.S. District Court, ILCD

E-FILED
Wednesday, 19 October, 2005 03:45:51 PM
Clerk, U.S. District Court, ILCD

**FILED**

OCT 2 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**

vs.                                         Case Number:   05-10073-01

**ANTHONY L. McENROE**
3717 N. Saint Michael
Peoria, IL. 61607

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
US Courthouse, Federal Bldg., Courtroom C, Peoria, IL.
on
Thursday, November 10th, 2005 at 2:15pm
before the
HONORABLE **JOHN A. GORMAN**

To answer an Indictment charging you with a violation of:
Counts 1-2: wire fraud in violation of 18:1343 & 2
Counts 3-8: mail fraud in violation of 18:1341 & 2
Counts 9 & 10: unlawful monetary transaction in violation of 18:1957 & 2

DATE: **10/19/05**

JOHN M. WATERS. CLERK
s/H. Kallister

s/H. Kallister
BY: DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/20/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| GREG SIMS | DUSM |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Peoria Federal Bldg.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/20/05           s/OFFICER
              Date              Signature of Server

100 NE Peoria, IL
Monroe
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.