E-FILED
Monday, 14 November, 2005 01:46:43 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### Central District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff | ) <br> ) <br> ) <br> ) CASE NO. **05-10073** <br> ) |
| **Anthony L. McEnroe** <br> Defendant | ) <br> ) <br> ) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **11:45 A.M.** on **Friday, December 9, 2005.**

This matter is set for Jury Trial at 9:00 A.M. on **Monday, December 19, 2005.**

at

[ X ] Peoria, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 10th day of November, 2005.

                                                               s/ John A. Gorman

                                             JOHN A. GORMAN <br>
                                             U.S. MAGISTRATE JUDGE