IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 05-10073 |
| ANTHONY MCENROE, | ) |
| Defendant. | ) |

### SUBSTITUTION OF ATTORNEYS

NOW COMES the Defendant, ANTHONY MCENROE, by his attorney, RONALD L. HAMM, and enters his appearance on behalf of the Defendant, ANTHONY MCENROE, as substitute counsel for counsel of record.

S/RONALD L. HAMM

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/EFC system which will send notification of such filing to the following:
Darylin Knauss, U.S. Attorneys Office, Peoria, Illinois

S/Ronald L. Hamm
Anthony McEnroe, Defendant
RONALD L. HAMM
415 Hamilton Blvd.
Peoria, IL 61602
Telephone: (309)671-9701
Fax (309) 637-5788
RHamm@CFGOLAW.com

1