IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No.   05-10073 |
| | ) | |
| ANTHONY MCENROE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR CONTINUANCE**

NOW COMES the Defendant, ANTHONY MCENROE, by his attorney, RONALD L. HAMM, and moves this Honorable Court to continue the trial presently scheduled herein for December 19, 2005, and in support thereof states as follows:

1. That this is the Defendant's first motion for continuance.

2. That the discovery in this case is voluminous and will require considerable copy and review time.

3.. That this motion is not intended to delay the orderly administration of justice or interfere with the court's calendar.

4. That the interests of justice would be best served if this motion to continue trial be granted.

WHEREFORE, the Defendant now prays this Honorable Court grant a continuance of the trial previously scheduled herein for December 19, 2005.

S/B   RONALD L. HAMM

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/EFC system which will send notification of such filing to the following:, U.S. Attorneys Office, Peoria, Illinois.

S/ Ronald L. Hamm
Anthony McEnroe, Defendant

RONALD L. HAMM.
415 Hamilton Blvd.
Peoria, IL 61602
Telephone: (309) 671-9701
Fax: (309)637-5788
RHamm@CFGOLAW.com