**E-FILED**
Tuesday, 25 April, 2006  03:04:54 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No.        05-10073 |
| | ) | |
| ANTHONY McENROE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR CONTINUANCE

NOW COMES the Defendant, ANTHONY McENROE, by his attorney, RONALD L. HAMM, and moves this Honorable Court to continue the jury trial presently scheduled herein for May 15, 2006, and in support thereof states as follows:

1.  That the Defendant has received substantial discovery relating to this case.

2.  That counsel for the Defendant has been reviewing discovery and has discussed numerous aspects of the case including possible defenses with the Defendant.

3.  That counsel for the Defendant verily believes that additional time is necessary to investigate a number things referred to in the discovery.

4.  That the interests of Justice would best be served if this matter be continued for trial.

5.  That this motion is not intended to delay the orderly administration of justice or interfere with the court's calendar.

WHEREFORE, the Defendant now prays this Honorable Court grant a continuance of the jury trial  previously scheduled herein for May 15, 2006.

S/B   RONALD L. HAMM

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 25, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/EFC system which will send notification of such filing to the following:, U.S. Attorneys Office, Peoria, Illinois.

S/ Ronald L. Hamm
Anthony McEnroe, Defendant
RONALD L. HAMM.
415 Hamilton Blvd.
Peoria, IL 61602
Telephone: (309) 671-9701
Fax: (309)637-5788
RHamm@CFGOLAW.com
