E-FILED
Friday, 08 September, 2006   03:22:37 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-10073 |
| | ) |
| ANTHONY McENROE, | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR ISSUANCE OF TRIAL
### SUBPOENA FOR PRODUCTION OF DOCUMENTS

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Darilynn J. Knauss, Assistant United States Attorney, moves this court pursuant to Fed. R.Crim.P. 17(c) for an order permitting the issuance of the attached trial subpoena in this case. This subpoena request the production of certain documents which may be relevant to the trial of this case. The government requests that the records be

made available to it by September 22, 2006, so that additional investigation may be undertaken if necessary. The trial in this case has been set for October 2, 2006.

                UNITED STATES OF AMERICA

                RODGER A. HEATON
                UNITED STATES ATTORNEY

                <u>S:\Darilynn  J. Knauss</u>
                Darilynn J. Knauss
                Assistant United States Attorney
                One Technology Plaza
                211 Fulton Street, Ste. 400
                Peoria, Illinois 61602
                Telephone:  309/671-7050

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION FOR ISSUANCE OF TRIAL SUBPOENA FOR PRODUCTION OF DOCUMENTS** has this 8th day of September, 2006 , been made on the party listed below by electronic case filing to:

>Ronald Hamm
>Attorney at Law

>>S:/Debra L. Hansen
>>Debra L. Hansen
>>Supervisory Secretary

AO89 (Rev. 7/95) Subpoena in a Criminal Case

E-FILED
Monday, 11 September, 2006 02:56:16 PM
Clerk, U.S. District Court, ILCD
E-FILED
Friday, 08 September, 2006 03:22:00 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

UNITED STATES OF AMERICA
V.

ANTHONY McENROE

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 05-10073

TO:

**Bob Hollaran**

Ocala, FL 34482

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | COURTROOM |
|---|---|---|
| United States District Courthouse<br>100 N.E. Monroe Street<br>Peoria, Illinois 61602 | **Photo ID required.**<br>**No cell phones allowed.** | U.S. District Judge Joe B. McDade<br>DATE AND TIME<br>October 2, 2006<br>9:00 A.M. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

**Any and all documents and records related to Anthony McEnroe, BullionOne and Auctions Manager.**

**If you have any questions, please contact Special Agent Kerry Meyer or Special Agent Paul Fairbanks at 309/676-1922.**

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| s/John M. Waters<br>(By) Deputy Clerk<br>s/ M. Leininger | June 21, 2006 |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: | Darilynn J. Knauss:ksr<br>211 Fulton Street, Suite 400<br>Peoria, IL 61602, Phone: 309/671-7050 |