E-FILED
Tuesday, 12 September, 2006  11:34:48 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No.   05-10073 |
| | ) | |
| ANTHONY McENROE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR CONTINUANCE**

NOW COMES the Defendant, ANTHONY McENROE, by his attorney, RONALD L. HAMM, and moves this Honorable Court to continue the jury trial presently scheduled herein for October 2, 2006, and in support thereof states as follows:

1. That Counsel for the Defendant's daughter resides in the State of Hawaii.

2. That Defense Counsel's daughter has received notice that she will be subject to giving birth by cesarean section on September 26, 2006.

3. That counsel's daughter will require assistance for a period of time after birth to care for her new born and her 21 month old child.

4. That Defense Counsel and his spouse are the only relatives able to travel to assist her.

5. That Defense Counsel will be involved in a murder trial in Mason County, Illinois the week of September 18, 2006.

6. That Defense Counsel will be in trial the week of September 25, 2006 in this court involving U.S. v. Antonio Curren.

7. That Defense Counsel even if not permitted to assist his daughter would have insufficient time for final trial preparation in the instant cause.

8. That this motion is not intended to delay the orderly administration of justice or to interfere with the Court's scheduling of cases.

9. That the interest of justice would best be served if this cause be continued.

1

WHEREFORE, the Defendant now prays this Honorable Court grant a continuance of the jury trial previously scheduled herein for October 2, 2006.

                                                S/B   RONALD L. HAMM

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/EFC system which will send notification of such filing to the following:, U.S. Attorneys Office, Peoria, Illinois.

                                          S/ Ronald L. Hamm
                                          Anthony McEnroe, Defendant
                                          RONALD L. HAMM.
                                          411 Hamilton Blvd. Suite 1708
                                          Peoria, IL 61602
                                          Telephone: (309) 671-9701
                                          Fax: (309)676-5489
                                          GBurton_Rhamm@sbcglobal.net