IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 05-10073 |
| ANTHONY McENROE, ) | |
| Defendant. ) | |

### STIPULATION

The United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Darilynn J. Knauss, Supervisory Assistant United States Attorney, and the defendant Anthony McEnroe, by his attorney Ronald Hamm, hereby stipulate and agree to the admission into evidence of the following items, documents, and records:

Coin dealer records

Credit card records

Customer emails and records

eBay records

FCC records

Menards records

Outstanding customer orders

Records and items seized in execution of search warrants

Secretary of State records regarding corporations

The parties further stipulate and agree that the financial institutions were engaged in financial transactions affecting interstate commerce.

It Is So Stipulated:

        S:/Darilynn J. Knauss
        Darilynn J. Knauss, Assistant United States Attorney

        Date: _____


        S:/Ronald Hamm
        Ronald Hamm, Attorney for Anthony McEnroe

        Date: _____


        S:/Anthony McEnroe
        Anthony McEnroe, Defendant

        Date: _____