### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No.    05-10073 |
| ) | |
| ANTHONY McENROE, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR CONTINUANCE

NOW COMES the Defendant, ANTHONY McENROE, by his attorney, RONALD L. HAMM, and moves this Honorable Court to continue the sentencing hearing presently scheduled herein February 1, 2007 for, and in support thereof states as follows:

1. That defendant has received a copy of the pre-sentence report and has filed an extensive response to the same which will require the gathering of numerous documents and meetings with the probation officer and the U.S. Attorney's office. That based upon the time constraints relating to the probation office filing a final report the defendant will be unable to finalize his documents and meet with the respective parties in time sufficient to meet the sentencing guideline times as previously said.

2. That this is defendants first motion for continuance of the sentencing hearing.

3. That this motion is not made with the intent to delay the orderly administration of Justice.

4. That the interest of Justice would best be served if this motion for continuance of the sentencing hearing be granted.

WHEREFORE, the Defendant now prays this Honorable Court grant a continuance of the sentencing previously scheduled herein for February 1, 2007.

S/B   RONALD L. HAMM

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/EFC system which will send notification of such filing to the following:, U.S. Attorneys Office, Peoria, Illinois.

S/ Ronald L. Hamm
Anthony McEnroe, Defendant
RONALD L. HAMM.
411 Hamilton Blvd. Suite 1708
Peoria, IL 61602
Telephone: (309) 671-9701
Fax: (309)676-5489
GBurton_Rhamm@sbcglobal.net
