AO 187 (Rev. 4/82) ⊕

# EXHIBIT AND WITNESS LIST

| | | DISTRICT COURT | |
|---|---|---|---|
| USA | vs. Anthony McEnroe | | CDIL |
| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | DOCKET NUMBER | |
| Darilynn Knauss, AUSA | Ronald Hamm | 05-10073 | |
| | | TRIAL DATE(S) | |
| | | 3/22/07 | |
| PRESIDING JUDGE | COURT REPORTER | COURTROOM DEPUTY | |
| Joe B. McDade | Nancy Mersot | M. Leininger | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/22/07 | 3/22/07 | 3/22/07 | Memo dated 5/22/01, interview w/ William Smith memo - & docs reflecting refunds 5/2001 |
| 1 | | 3/22/07 | | | Pg 2 ltr to FBI from eBay stating amt of their loss |
| 2 | | 3/22/07 | | | Chart of payments made by ? to William Smith |
| 3 | | 3/22/07 | | | Color chart of victims |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages