UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) COURT NO. 05-10073 |
| ANTHONY L. McENROE, | ) ) ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

Please enter the appearance of James A. Lewis, Assistant United States Attorney, as counsel for the United States in this case.

                    Respectfully submitted,
                    RODGER A. HEATON
                    United States Attorney

                    s/ James A. Lewis
By: _____
                    James A. Lewis, NC Bar No. 5470
                    Attorney for Plaintiff
                    United States Attorney's Office
                    318 South Sixth Street
                    Springfield, IL  62701
                    Telephone:  217-492-4450
                    Fax:  217-492-4888
                    email:  jim.lewis2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

                        Ronald L. Hamm
                        1708 Associated Bank Plaza
                        411 Hamilton Blvd.
                        Peoria, IL  61602

                        Anthony L. McEnroe, #13417-026
                        Leavenworth USP
                        P.O. Box 1000
                        Leavenworth, KS  66048

|  |  |
|---|---|
|       April 17, 2008 | s/ James A. Lewis |
| Date:_____ | _____ |
|  | James A. Lewis |