**E-FILED**
Thursday, 17 April, 2008  03:13:59 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 05-10073 |
| | ) |
| ANTHONY L. McENROE, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' MOTION FOR WRIT OF LEVY,
EXECUTION AND SALE OF COINS**

The United States moves for an order authorizing the execution and sale of coins, as follows:

1.  The Judgment in this criminal case (Doc. 23, p. 5) included restitution in the amount of $886,213.71; the United States Marshal has obtained a valuable coin collection that was in defendant McEnroe's possession; and the United States now seeks to levy and to execute on this coin collection, and to sell this coin collection in accordance with 28 U.S.C. §§ 3201(f) and 3203(g)(1)(B).

2.  The United States Marshals Service obtained this coin collection in 2007 from the Federal Bureau of Investigation, in connection with this criminal prosecution, United States v. McEnroe.

The United States Marshal has recently obtained a full report on this coin collection, with estimates of replacement value, liquidation value, and fair market value. The United States does not wish to disclose these estimates in public in advance of sale.

3.  This report came from a professional appraiser who has an on-going contract with the United States to appraise coin collections, jewelry and precious items.

- 2 -

4. The United States Marshals Service Program Manager for Jewelry, Art/Antiques and Collectibles in the Asset Forfeiture Office recommended the following procedure: communicate the contents of the collection to three coin dealers, solicit bids, and accept the highest bid.

5. The Program Manager recommended a minimum bid or reserve price.

6. In return for prompt payment - - in the form of an electronic funds transfer or a certified bank check or cashier's check, payable to the United States Marshals Service - - in full within 48 hours, the United States Marshals Service will promptly deliver the coin collection to the purchaser at the location of the United States Marshals Service in Springfield, Illinois.

WHEREFORE, the United States moves for an order for levy, for execution and for sale of these coins, with the procedure as set forth in the proposed Writ, including but not limited to communication to three coin dealers, solicitation of bids, and acceptance of the highest bid above the minimum.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/ James A. Lewis

By: _____
James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Fax: 217-492-4888
email: jim.lewis2@usdoj.gov

- 3 -

## CERTIFICATE OF SERVICE

The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

Ronald L. Hamm
1708 Associated Bank Plaza
411 Hamilton Blvd.
Peoria, IL  61602

Anthony L. McEnroe, #13417-026
Leavenworth USP
P.O. Box 1000
Leavenworth, KS  66048

April 17, 2008                                    s/ James A. Lewis
Date:_____          _____

                                                   James A. Lewis