E-FILED
Thursday, 17 April, 2008  03:15:32 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 05-10073 |
| | ) |
| ANTHONY L. McENROE, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' MEMORANDUM OF LAW,
IN SUPPORT OF MOTION FOR WRIT OF LEVY,
EXECUTION AND SALE OF COINS**

The United States has proposed a procedure that should comply with the federal statute as to execution, 28 U.S.C. § 3203, as follows:

First:  This coin collection is "property in which the judgment debtor has a substantial nonexempt interest," therefore it is "subject to levy pursuant to a writ of execution." 28 U.S.C. § 3203(a).

Second:  When property is levied on under a writ of execution, "[a] lien shall be created in favor of the United States on [that] property." 28 U.S.C. § 3203(b).

Third: The United States has proposed a writ of execution that specifies the following:

    1. date of judgment: <u>March 26, 2007</u>

    2. Court: <u>United States District Court, Central District of Illinois</u>

    3. amount (present balance): <u>$880,500.84</u>

    4. interest: <u>Waived</u>

    5. name of judgment debtor: <u>Anthony L. McEnroe</u>

    6. address of judgment debtor:   <u>Reg. No. 13417-026, USP - Leavenworth</u>
                                                 <u>P.O. Box 1000, Leavenworth, KS 66048</u>

28 U.S.C. § 3203(c)(2)(A).

Fourth: "[T]he writ shall direct the United States Marshal to satisfy the judgment by levying on and selling property...not to exceed...in value...the aggregate amount of the judgment." 28 U.S.C. § 3203(c)(2)(B)(i).

Fifth: The United States has proposed a sale in "a commercially reasonable manner," at a "location [as] ordered by the court." Furthermore, "it is impractical to exhibit it." 28 U.S.C. § 3203(g).

Sixth: Notice shall be posted for 10 days at the Sangamon County Courthouse and the United States Marshal's Service, and provided to the three coin dealers; and "[t]he United States marshal shall serve written notice of public sale by personal delivery, or registered or certified mail at their last known addresses, on the judgment debtor and other persons who the marshal has reasonable cause to believe, after diligent inquiry, have a substantial interest in the property." 28 U.S.C. § 3203(g)(1)(B)(iii-iv).

Seventh: The bid process shall be as follows:

    1. The Marshal shall set a date for bids promptly after 30 days after the levy;

    2. The successful bidder shall be expected to pay the sale price within 48 hours of notice that the bid is successful; and

    3. The Marshal shall deliver the coins immediately after payment. 28 U.S.C. § 3203(g)(1)(B)(ii) and (3).

Eighth: The distribution of sale proceeds shall be as set forth in 28 U.S.C. § 3203(h), with the balance to the Clerk of Court for restitution.

These procedures follow the procedures that were set forth in 28 U.S.C. §§ 3201-3203.

                                Respectfully submitted,
                                RODGER A. HEATON
                                United States Attorney

                                s/ James A. Lewis

By: _____

                                James A. Lewis, NC Bar No. 5470
                                Attorney for Plaintiff
                                United States Attorney's Office
                                318 South Sixth Street
                                Springfield, IL 62701
                                Telephone: 217-492-4450
                                Fax: 217-492-4888
                                email: jim.lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

      The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

           Ronald L. Hamm
           1708 Associated Bank Plaza
           411 Hamilton Blvd.
           Peoria, IL  61602

           Anthony L. McEnroe, #13417-026
           Leavenworth USP
           P.O. Box 1000
           Leavenworth, KS  66048

          April 17, 2008                        s/ James A. Lewis
Date:_____   _____
                                                            James A. Lewis