E-FILED
Friday, 18 April, 2008   04:14:17 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COURT NO. 05-10073 |
| | ) | |
| ANTHONY L. McENROE, | ) | |
| | ) | |
| Defendant. | ) | |

## WRIT OF LEVY, EXECUTION AND SALE OF COINS

The United States has moved for a writ of levy, execution and sale of coins, and this Court has considered the motion,

THEREFORE IT IS ORDERED THAT the United States Marshals Service shall levy on the coin collection by taking possession of it, 28 U.S.C. § 3203(d)(1); by filing a copy of the notice of levy, 28 U.S.C. § 3102(d)(5); and by serving a copy of this Writ and notice of levy upon the debtor and the place of possession of the coins, 28 U.S.C. § 3102(d)(5);

AND IT IS FURTHER ORDERED THAT, beginning 30 days after levy, the United States Marshals Service shall prepare to conduct a sale at its office at 600 East Monroe Street, Springfield, Illinois, under the following conditions:

1. Notice of the time and place of sale shall be posted at the Sangamon County Courthouse and the office of the United States Marshals Service in Springfield for 10 days before the sale, and notice shall also be sent by registered or certified mail to the debtor and by regular mail to three established coin dealers chosen by the United States Marshals Service, 28 U.S.C. § 3203(g)(1)(B)(iii-iv);

2. This Writ specifies the following:

   1. date of judgment: <u>March 26, 2007</u>

   2. Court: <u>United States District Court, Central District of Illinois</u>

   3. amount (present balance): <u>$880,500.84</u>

   4. interest: <u>Waived</u>

   5. name of judgment debtor: <u>Anthony L. McEnroe</u>

   6. address of judgment debtor:   <u>Reg. No. 13417-026, USP - Leavenworth</u>
      <u>P.O. Box 1000, Leavenworth, KS 66048</u>

28 U.S.C. § 3203(c)(2)(A);

3. The United States Marshals Service shall sell property not to exceed the present balance on the judgment, 28 U.S.C. § 3203(c)(2)(B)(i);

4. The United States Marshals Service may set, in its discretion, and reveal, in its discretion, any minimum bid or reserve price; the successful bidder shall pay the sales price in full, by electronic funds transfer or certified bank check or cashier's check, payable to the United States Marshals Service, within 48 hours of notice of the successful bid; and the United States Marshals Service shall deliver the coins to the successful bidder promptly after payment in full, at the location of the United States Marshals Service in Springfield, Illinois, 28 U.S.C. § 3203(g)(3).

IT IS SO ORDERED, this 18th day of April, 2008.

s/ Joe B. McDade

JOE B. McDADE
UNITED STATES DISTRICT JUDGE