UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 05-10073 |
| | ) |
| ANTHONY L. McENROE, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF LEVY**

Please take notice that the United States Marshals Service has levied on personal property - - the coin collection described in the attached pages - - by taking possession of it.

                        Respectfully submitted,
                        RODGER A. HEATON
                        United States Attorney

                        s/ James A. Lewis
By: _____
                        James A. Lewis, NC Bar No. 5470
                        Attorney for Plaintiff
                        United States Attorney's Office
                        318 South Sixth Street
                        Springfield, IL 62701
                        Telephone: 217-492-4450
                        Fax: 217-492-4888
                        email: jim.lewis2@usdoj.gov

**CERTIFICATE OF SERVICE**

    The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

    Ronald L. Hamm
1708 Associated Bank Plaza
411 Hamilton Blvd.
Peoria, IL  61602

Anthony L. McEnroe, #13417-026
Leavenworth USP
P.O. Box 1000
Leavenworth, KS  66048

|  |  |
|---|---|
| April 22, 2008 | s/ James A. Lewis |
| Date:_____ | _____ |
|  | James A. Lewis |

E-FILED
Tuesday, 22 April, 2008  12:18:57 PM
Clerk, U.S. District Court, ILCD

| Description |
|---|
| Two Johnson Matthey 100 oz 999 fine silver bars (#R93080, 95133). |
| Five Johnson Matthey 10 oz 999 fine silver bars (#500644, 260961, 260962, 260963, 260964). |
| One Engelhard 50 oz 999+ fine silver bar (#228278). |
| Four Engelhard 100 oz 999+ fine silver bars (#P961566, P895014, P906958, P334516). |
| One 1995 Canada 1/10th oz. 9999 fine gold $5.00 Maple Leaf coin. |
| Seven 1891-O $1.00 Liberty silver coins. |
| Four 1891 $1.00 Liberty silver coins. |
| One 1899-O $1.00 Liberty silver coin. |
| One 1881 $1.00 Liberty silver coin. |
| One 1900 $1.00 Liberty silver coin. |
| One 1883-O $1.00 Liberty silver coin. |
| One 1889 $1.00 Liberty silver coin. |
| One 1921 $1.00 Liberty silver coin. |
| One 1879-O $1.00 Liberty silver coin. |
| One 1884-O $1.00 Liberty silver coin. |
| One 1901-S $1.00 Liberty silver coin. |
| One 1896-O $1.00 Liberty silver coin. |
| One 1880-S $1.00 Liberty silver coin. |
| Five hundred (500) 2001 one ounce silver dollars. |
| Two hundred eighty-one (281) 2000 one ounce silver dollars. |
| One hundred sixteen (116) 2001 one ounce silver dollars. |
| Four hundred (400) 2001 one ounce silver dollars. |
| Seventy-eight 1986 one ounce silver dollars. |
| Fifty-nine 1987 one ounce silver dollars. |
| Fifty-one 1988 one ounce silver dollars. |
| Sixty-one 1989 one ounce silver dollars. |
| Eleven 1990 one ounce silver dollars. |
| One hundred thirty-five (135) 1991 one ounce silver dollars. |
| Seventy-one 1992 one ounce silver dollars. |
| Fifty-seven 1993 one ounce silver dollars. |
| Fifty-three 1994 one ounce silver dollars. |
| Thirty 1995 one ounce silver dollars. |
| One hundred fifty-five (155) 1996 one ounce silver dollars. |
| Seventy 1997 one ounce silver dollars. |
| Ninety-three 1998 one ounce silver dollars. |
| One hundred sixty-six (166) 1999 one ounce silver dollars. |
| Twenty 2001 one ounce silver dollars. |
| One 1972 one ounce fine gold Krugerrand. |
| Two 1974 one ounce fine gold Krugerrands. |
| Three 1975 one ounce fine gold Krugerrands. |
| Two 1976 one ounce fine gold Krugerrands. |
| One 1977 one ounce fine gold Krugerrand. |
| One 1980 one ounce fine gold Krugerrand. |
| Six 1982 one ounce fine gold Krugerrands. |
| Two 1984 one ounce fine gold Krugerrands. |
| Four 1985 one ounce fine gold Krugerrands. |
| Two 1989 one ounce fine gold Krugerrands. |
| One 1990 one ounce fine gold Krugerrand. |

| |
|---|
| Sixteen 1978 one ounce fine gold Krugerrands. |
| Nineteen 1979 one ounce fine gold Krugerrands. |
| Fourteen 1983 one ounce fine gold Krugerrands. |
| Fifteen 1983 one ounce fine gold Krugerrands. |
| Thirteen 1991 one ounce fine gold Krugerrands. |
| Eleven 1989 $50.00 Canadian Maple Leaf one ounce fine gold coins. |
| Ten 2001 $50.00 Canadian Maple Leaf one ounce fine gold coins. |
| Seventeen 1985 $50.00 Canadian Maple Leaf one ounce fine gold coins. |
| One 2000 $50.00 Canadian Maple Leaf one ounce fine gold coins. |
| Ninety 2001 $50.00 Canadian Maple Leaf one ounce fine gold coins. |
| Twenty 2001 one ounce silver dollars. |
| Twenty 2001 one ounce silver dollars. |
| Two 2001 $25.00 half ounce fine gold coins. |
| One 1999 $5.00 1/10 ounce fine gold coin. |
| Twelve MCMLXXXVIII $50.00 one ounce fine gold coins. |
| Ten 2001 $50.00 one ounce fine gold coins. |
| Two 1997 $50.00 one ounce fine gold coins. |
| Eight 1999 $50.00 one ounce fine gold coins. |
| Two hundred seventy-eight (278) 2001 $5.00 1/10 ounce fine gold coins. |
| One hundred one (101) 1999 $5.00 1/10 ounce fine gold coins. |
| Two 1986 $5.00 Canadian Maple Leaf 1/10 ounce fine gold coins. |
| One 1995 $5.00 Canadian Maple Leaf 1/10 ounce fine gold coins. |
| Eleven 1998 $5.00 Canadian Maple Leaf 1/10 ounce fine gold coins. |
| Forty-eight 1999 $5.00 Canadian Maple Leaf 1/10 ounce fine gold coins. |
| Thirty-six 2000 $10.00 1/4 ounce fine gold coins. |
| Forty-nine 2001 $10.00 1/4 ounce fine gold coins. |
| Two 2001 $10.00 1/4 ounce fine gold coins. |
| One 2001 $50.00 one ounce fine gold coin. |
| One 1993 $50.00 one ounce fine gold coin. |
| Two 2000 $1.00 one ounce fine silver coins. |
| One 1995 $20.00 1/2 ounce Canadian Maple Leaf fine gold coin. |
| One Credit Suisse/First Boston one ounce 999.9 fine gold bar. |
| Ten 2000 $5.00 Canadian Maple Leaf 1/10 ounce fine gold coins. |
| Four 1999 $25.00 1/2 ounce fine gold Eagle coins. |
| Forty 2001 $25.00 1/2 ounce fine gold Eagle coins. |