UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 05-10073 |
| | ) |
| ANTHONY L. McENROE, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF MARSHAL'S SALE**

PUBLIC NOTICE is hereby given that pursuant to a Writ of Levy, Execution and Sale entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the property is

Crystal Gregory
United States Marshals Service
Seizure and Forfeiture Specialist
600 East Monroe
Springfield, IL 62701
Telephone: 217-492-5001

2. The common description of the property is a coin collection, as shown on attached pages.

3. The time and place of the sale are:

Thursday, May 29, 2008, at 11:00 a.m. local time, at the United States Marshals Service, Third Floor, 600 East Monroe, Springfield, IL 62701.

4. The terms of the sale are as follows:

The United States Marshals Service may set, in its discretion, and reveal, in its discretion, any minimum bid or reserve price; the successful bidder shall pay the sales price in full, by electronic funds transfer or certified bank check or cashier's check, payable to the United States Marshals Service, within 48 hours of notice of the successful bid; and the United States Marshals Service shall deliver the coins to the successful bidder promptly after payment in full, at the location of the United States Marshals Service in Springfield, Illinois, 28 U.S.C. § 3203(g)(3).

5. The property is sold "AS IS/WHERE IS," without any warranties.

DATED at Springfield, Illinois, this 5th day of May, 2008.


/s/ Steven D. Deatherage
───────────────────────────────
STEVEN D. DEATHERAGE
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS

**CERTIFICATE OF SERVICE**

      The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

          Ronald L. Hamm
          1708 Associated Bank Plaza
          411 Hamilton Blvd.
          Peoria, IL  61602

          Anthony L. McEnroe, #13417-026
          Leavenworth USP
          P.O. Box 1000
          Leavenworth, KS  66048

      May 16, 2008                                s/ James A. Lewis
Date:_____    _____
                                                                  James A. Lewis

E-FILED
Friday, 16 May, 2008  07:57:20 AM
Clerk, U.S. District Court, ILCD

| Ounces of Content | Description |
|---|---|
| 200.00 | Two Johnson Matthey 100 oz 999 fine silver bars (#R93080, 95133). |
| 50.00 | Five Johnson Matthey 10 oz 999 fine silver bars (#500644, 260961, 260962, 260963, 260964). |
| 50.00 | One Engelhard 50 oz 999+ fine silver bar (#228278). |
| 400.00 | Four Engelhard 100 oz 999+ fine silver bars (#P961566, P895014, P906958, P334516). |
| 0.10 | One 1995 Canada 1/10th oz. 9999 fine gold $5.00 Maple Leaf coin. |
| 5.39 | Seven 1891-O $1.00 Liberty one ounce silver coins. |
| 3.08 | Four 1891 $1.00 Liberty one ounce silver coins. |
| 0.77 | One 1899-O $1.00 Liberty one ounce silver coin. |
| 0.77 | One 1881 $1.00 Liberty one ounce silver coin. |
| 0.77 | One 1900 $1.00 Liberty one ounce silver coin. |
| 0.77 | One 1883-O $1.00 Liberty one ounce silver coin. |
| 0.77 | One 1889 $1.00 Liberty one ounce silver coin. |
| 0.77 | One 1921 $1.00 Liberty one ounce silver coin. |
| 0.77 | One 1879-O $1.00 Liberty one ounce silver coin. |
| 0.77 | One 1884-O $1.00 Liberty one ounce silver coin. |
| 0.77 | One 1901-S $1.00 Liberty one ounce silver coin. |
| 0.77 | One 1896-O $1.00 Liberty one ounce silver coin. |
| 0.77 | One 1880-S $1.00 Liberty one ounce silver coin. |
| 500.00 | Five hundred (500) 2001 one ounce silver dollars. |
| 281.00 | Two hundred eighty-one (281) 2000 one ounce silver dollars. |
| 116.00 | One hundred sixteen (116) 2001 one ounce silver dollars. |
| 400.00 | Four hundred (400) 2001 one ounce silver dollars. |
| 78.00 | Seventy-eight 1986 one ounce silver dollars. |
| 59.00 | Fifty-nine 1987 one ounce silver dollars. |
| 51.00 | Fifty-one 1988 one ounce silver dollars. |
| 61.00 | Sixty-one 1989 one ounce silver dollars. |
| 11.00 | Eleven 1990 one ounce silver dollars. |
| 135.00 | One hundred thirty-five (135) 1991 one ounce silver dollars. |
| 71.00 | Seventy-one 1992 one ounce silver dollars. |
| 57.00 | Fifty-seven 1993 one ounce silver dollars. |
| 53.00 | Fifty-three 1994 one ounce silver dollars. |
| 30.00 | Thirty 1995 one ounce silver dollars. |
| 155.00 | One hundred fifty-five (155) 1996 one ounce silver dollars. |
| 70.00 | Seventy 1997 one ounce silver dollars. |
| 93.00 | Ninety-three 1998 one ounce silver dollars. |
| 166.00 | One hundred sixty-six (166) 1999 one ounce silver dollars. |
| 20.00 | Twenty 2001 one ounce silver dollars. |
| 1.00 | One 1972 one ounce fine gold Krugerrand. |
| 2.00 | Two 1974 one ounce fine gold Krugerrands. |
| 3.00 | Three 1975 one ounce fine gold Krugerrands. |
| 2.00 | Two 1976 one ounce fine gold Krugerrands. |

| | |
|---|---|
| 1.00 | One 1977 one ounce fine gold Krugerrand. |
| 1.00 | One 1980 one ounce fine gold Krugerrend. |
| 6.00 | Six 1982 one ounce fine gold Krugerrands. |
| 2.00 | Two 1984 one ounce fine gold Krugerrands. |
| 4.00 | Four 1985 one ounce fine gold Krugerrands. |
| 2.00 | Two 1989 one ounce fine gold Krugerrands. |
| 1.00 | One 1990 one ounce fine gold Krugerrand. |
| 16.00 | Sixteen 1978 one ounce fine gold Krugerrands. |
| 19.00 | Nineteen 1979 one ounce fine gold Krugerrands. |
| 14.00 | Fourteen 1983 one ounce fine gold Krugerrands. |
| 15.00 | Fifteen 1983 one ounce fine gold Krugerrands. |
| 13.00 | Thirteen 1991 one ounce fine gold Krugerrands. |
| 11.00 | Eleven 1989 $50.00 Canadian Maple Leaf one ounce fine gold coins. |
| 10.00 | Ten 2001 $50.00 Canadian Maple Leaf one ounce fine gold coins. |
| 17.00 | Seventeen 1985 $50.00 Canadian Maple Leaf one ounce fine gold coins. |
| 1.00 | One 2000 $50.00 Canadian Maple Leaf one ounce fine gold coins. |
| 90.00 | Ninety 2001 $50.00 Canadian Maple Leaf one ounce fine gold coins. |
| 20.00 | Twenty 2001 one ounce silver dollars. |
| 20.00 | Twenty 2001 one ounce silver dollars. |
| 1.00 | Two 2001 $25.00 half ounce fine gold coins. |
| 0.10 | One 1999 $5.00 1/10 ounce fine gold coin. |
| 12.00 | Twelve MCMLXXXVIII $50.00 one ounce fine gold coins. |
| 10.00 | Ten 2001 $50.00 one ounce fine gold coins. |
| 2.00 | Two 1997 $50.00 one ounce fine gold coins. |
| 8.00 | Eight 1999 $50.00 one ounce fine gold coins. |
| 27.80 | Two hundred seventy-eight (278) 2001 $5.00 1/10 ounce fine gold coins. |
| 10.10 | One hundred one (101) 1999 $5.00 1/10 ounce fine gold coins. |
| 0.20 | Two 1986 $5.00 Canadian Maple Leaf 1/10 ounce fine gold coins. |
| 0.10 | One 1995 $5.00 Canadian Maple Leaf 1/10 ounce fine gold coins. |
| 1.10 | Eleven 1998 $5.00 Canadian Maple Leaf 1/10 ounce fine gold coins. |
| 4.80 | Forty-eight 1999 $5.00 Canedian Maple Leaf 1/10 ounce fine gold coins. |
| 9.00 | Thirty-six 2000 $10.00 1/4 ounce fine gold coins. |
| 12.25 | Forty-nine 2001 $10.00 1/4 ounce fine gold coins. |
| 0.50 | Two 2001 $10.00 1/4 ounce fine gold coins. |
| 1.00 | One 2001 $50.00 one ounce fine gold coin. |
| 1.00 | One 1993 $50.00 one ounce fine gold coin. |
| 2.00 | Two 2000 $1.00 one ounce fine silver coins. |
| 0.50 | One 1995 $20.00 1/2 ounce Canadian Maple Leaf fine gold coin. |
| 1.00 | One Credit Suisse/First Boston one ounce 999.9 fine gold bar. |

| | |
|---|---|
| 1.00 | Ten 2000 $5.00 Canadian Maple Leaf 1/10 ounce fine gold coins. |
| 2.00 | Four 1999 $25.00 1/2 ounce fine gold Eagle coins. |
| 20.00 | Forty 2001 $25.00 1/2 ounce fine gold Eagle coins. |

**3165.94 Ozs Silver**

**356.55 Ozs Gold**