E-FILED
Friday, 13 June, 2008   10:15:18 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 05-10073 |
| | ) |
| ANTHONY L. McENROE, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR DISTRIBUTION OF FUNDS**

For the reasons stated in the accompanying Report to the Court, the United States moves for an order that would direct the United States Marshal to pay $361,974.12 to the Clerk of the Court for restitution and $3,026.88 to the United States Marshals Service for expenses, thereby distributing the $364,001.00 that was paid for the coins that were sold.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

By:   s/ James A. Lewis

James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Fax: 217-492-4888
email: jim.lewis2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

          Ronald L. Hamm
          1708 Associated Bank Plaza
          411 Hamilton Blvd.
          Peoria, IL  61602

          Anthony L. McEnroe, #13417-026
          Leavenworth USP
          P.O. Box 1000
          Leavenworth, KS  66048


      June 13, 2008                                 s/ James A. Lewis
Date:_____    _____
                                                                            James A. Lewis