UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 05-10073 |
| | ) |
| ANTHONY L. McENROE, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' MOTION FOR LEAVE TO FILE AMENDED
MOTION FOR DISTRIBUTION AND MEMORANDUM OF LAW**

The United States moves for leave to file an amended motion for distribution and memorandum of law, in order to correct an arithmetic error in the original motion and memorandum.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/ James A. Lewis

By: _____

James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Fax: 217-492-4888
email: jim.lewis2@usdoj.gov

**CERTIFICATE OF SERVICE**

      The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

                Ronald L. Hamm
                1708 Associated Bank Plaza
                411 Hamilton Blvd.
                Peoria, IL  61602

                Anthony L. McEnroe, #13417-026
                Leavenworth USP
                P.O. Box 1000
                Leavenworth, KS  66048

          June 13, 2008                s/ James A. Lewis
Date:_____   _____
                                                     James A. Lewis