E-FILED
Friday, 13 June, 2008  01:06:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 05-10073 |
| | ) |
| ANTHONY L. McENROE, | ) |
| | ) |
| Defendant. | ) |

**AMENDED MOTION FOR DISTRIBUTION OF FUNDS**

For the reasons stated in the accompanying Report to the Court, the United States moves for an order that would direct the United States Marshal to pay $360,974.12 to the Clerk of the Court for restitution and $3,026.88 to the United States Marshals Service for expenses, thereby distributing the $364,001.00 that was paid for the coins that were sold.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

By:  s/ James A. Lewis
_____
James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Fax: 217-492-4888
email: jim.lewis2@usdoj.gov

**CERTIFICATE OF SERVICE**

    The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

> Ronald L. Hamm
> 1708 Associated Bank Plaza
> 411 Hamilton Blvd.
> Peoria, IL  61602
>
> Anthony L. McEnroe, #13417-026
> Leavenworth USP
> P.O. Box 1000
> Leavenworth, KS  66048

|  |  |
|---|---|
| June 13, 2008 | s/ James A. Lewis |
| Date:_____ | _____ |
|  | James A. Lewis |