E-FILED
Friday, 13 June, 2008  01:07:49 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 05-10073 |
| | ) |
| ANTHONY L. McENROE, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' AMENDED REPORT TO THE COURT AND MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DISTRIBUTION OF FUNDS**

In April, 2008, the United States moved for a Writ of Levy, Execution and Sale of Coins. (Doc. 26) The motion proposed a levy, execution and sale that would follow the Federal Debt Collection Procedure Act, 28 U.S.C. § 3203 ("Execution"). (Doc. 27)  This Court granted the Writ. (Doc. 28)

Consistent with the Writ, the United States Marshals Service took formal possession of the coins, provided appropriate notices including notices of sale, conducted the sale, received payment from the highest bidder, and released the coins to that bidder.

The highest bid was $364,001.00.  This satisfied - - and exceeded - - the minimum bid and reserve price, therefore this bid was accepted and the transaction was completed.

The Marshals Service had $3,026.88 in total expenses:  (1) $300 for annual bank vault fees, paid in April, 2007; (2) $2,666.88 for a contract consultant who came to Springfield, inventoried the coins, and appraised the coins, so that the Marshals Service could set a minimum bid and reserve price; and (3) $60 for a partial year of bank vault fees, beginning in April, 2008. The Marshals Service is entitled to these expenses. 28 U.S.C. § 3203(h)(1)(B) ("The United

States Marshal shall...deduct from the proceeds of an execution sale of property an amount equal to the reasonable expenses incurred in making the levy of execution and in keeping and maintaining the property"). The balance after expenses should go to the Clerk for restitution.

Thus, the United States moves for an order that would direct payment of $360,974.12 to the Clerk of the Court for restitution and $3,026.88 to the United States Marshals Service for expenses, thereby distributing the $364,001.00 that was paid.

>Respectfully submitted,
>RODGER A. HEATON
>United States Attorney
>
>s/ James A. Lewis

By: _____

>James A. Lewis, NC Bar No. 5470
>Attorney for Plaintiff
>United States Attorney's Office
>318 South Sixth Street
>Springfield, IL 62701
>Telephone: 217-492-4450
>Fax: 217-492-4888
>email: jim.lewis2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

                  Ronald L. Hamm
                  1708 Associated Bank Plaza
                  411 Hamilton Blvd.
                  Peoria, IL  61602

                  Anthony L. McEnroe, #13417-026
                  Leavenworth USP
                  P.O. Box 1000
                  Leavenworth, KS  66048


      June 13, 2008                              s/ James A. Lewis
Date:_____    _____
                                                        James A. Lewis